| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Vernon R. Cooper Jr.** | Social Security number or ITIN  xxx–xx–1248 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kay D Cooper** | Social Security number or ITIN  xxx–xx–0954 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Alabama** | | |
| Case number:   **16–30988** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vernon R. Cooper Jr.  
aka Veron R Cooper Jr.

Kay D Cooper

Done this 25th day of August, 2016.

*William R. Sawyer* (signature)

William R. Sawyer  
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                          Case No. 16-30988-WRS
Vernon R. Cooper, Jr.                                           Chapter 7
Kay D Cooper
      Debtors

# CERTIFICATE OF NOTICE

District/off: 1127-2           User: ewalker            Page 1 of 2              Date Rcvd: Aug 25, 2016
                               Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
```
db/jdb         Vernon R. Cooper, Jr.,    Kay D Cooper,    6647 HWY AL 199,    Notasulga, AL 36866
aty           +Leonard N. Math,    Chambless & Math,    P.O. Box 230759,    Montgomery, AL 36123-0759
aty           +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
cr             MAX CREDIT UNION,    C/O CHAMBLESS MATH & CARR, PC,    P.O. BOX 230759,
                MONTGOMERY, AL 36123-0759
3524653       +BAPTIST HEALTH,    C/O CHAMBLESS & MATH,    P O BOX 230759,    Montgomery, AL 36123-0759
3524654        Baptist South Finance Department,    PO Box 244050,    Montgomery, AL 36124
3524649        EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3524651        EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3524660       +FIRST DATA,    1307 WALT WHITMAN RD,    MELVILLE, NY 11747-4819
3524661        FIRST PREMIER BANK,    601 S MINNIAPOLIS AVE,    SIOUX FALLS, SD 57104
3524662      ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
              (address filed with court: GUARDIAN CU,    PO BOX 3199,    MONTGOMERY, AL 36109)
3524663       +HOLL CRD,    P O BOX 230609,    MONTGOMERY, AL 36123-0609
3524664       +MAX FEDERAL CREDIT UNI,    PO BOX 244040,    MONTGOMERY, AL 36124-4040
3524667       +SOUTHERN ORTHAPEADIC,    454 TAYLOR ROAD,    Montgomery, AL 36117-3563
3524671      ++TOWER LOAN,    P O BOX 320001,    FLOWOOD MS 39232-0001
              (address filed with court: TOWER LOAN,    PO BOX 320001,    FLOWOOD, MS 39232)
3524650        TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QCBWILKINS.COM Aug 25 2016 20:53:00      Carly B Wilkins,    Carly B. Wilkins, P.C,
                560 South McDonough Street,    Suite A,    Montgomery, AL 36104-4605
cr             Fax: 800-813-8164 Aug 25 2016 21:13:21      21st Mortgage Corporation,    PO Box 477,
                Knoxville, TN  37901
3524652       +Fax: 800-813-8164 Aug 25 2016 21:13:21      21ST MTG,    ATTN: LEGAL,    P.O. BOX 477,
                KNOXVILLE, TN 37901-0477
3524655       +EDI: CAPITALONE.COM Aug 25 2016 20:53:00      CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,
                SALT LAKE CITY, UT 84130-0285
3524656       +E-mail/Text: bankruptcy@cashcentral.com Aug 25 2016 20:54:47      CC/DFS,    84 E. 2400 N.,
                NORTH LOGAN, UT 84341-2902
3524657       +EDI: WFNNB.COM Aug 25 2016 20:53:00      COMENITY CAPITAL BANK/HSN,    PO BOX 182125,
                COLUMBUS, OH 43218-2125
3524658       +EDI: RCSFNBMARIN.COM Aug 25 2016 20:53:00      CREDIT ONE BANK NA,    PO BOX 98873,
                LAS VEGAS, NV 89193-8873
3524659       +EDI: BLUESTEM.COM Aug 25 2016 20:53:00      FINGERHUT,    6250 RIDGEWOOD RD,
                ST CLOUD, MN 56303-0820
3524665       +EDI: MERRICKBANK.COM Aug 25 2016 20:53:00      MERRICK BANK/GEICO CARD,    PO BOX 23356,
                PITTSBURG, PA 15222-6356
3524666       +E-mail/Text: OMbknotifications@Onemainfinancial.com Aug 25 2016 20:55:01      ONEMAIN FINANCIAL,
                6801 COLWELL BLVD,    NTSB-2320,    IRVING, TX 75039-3198
3524668       +EDI: RMSC.COM Aug 25 2016 20:53:00      SYNCHRONY BANK/PAYPAL CR,    ATTN: BANKRUPTCY,
                PO BOX 103104,    ROSWELL, GA 30076-9104
3524669       +EDI: RMSC.COM Aug 25 2016 20:53:00      SYNCHRONY BANK/SAMS,    ATTN: BANKRUPTCY,    PO BOX 103104,
                ROSWELL, GA 30076-9104
3524670       +EDI: RMSC.COM Aug 25 2016 20:53:00      SYNCHRONY BANK/WALMART,    ATTN: BANKRUPTCY,
                PO BOX 103104,    ROSWELL, GA 30076-9104
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Carly B Wilkins,    Carly B. Wilkins, P.C,    560 South McDonough Street,    Suite A,
                Montgomery, AL 36104-4605
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:

```
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Carly B Wilkins    cwilkins@cbwlegal.com,    kesco@cbwlegal.com;cwilkins@ecf.epiqsystems.com
          Carly B Wilkins    on behalf of Trustee Carly B Wilkins cwilkins@cbwlegal.com,
           kesco@cbwlegal.com;cwilkins@ecf.epiqsystems.com
          Leonard N. Math    on behalf of Creditor    MAX CREDIT UNION noticesmd@chambless-math.com
          Richard D. Shinbaum    on behalf of Debtor Vernon R. Cooper, Jr. rshinbaum@smclegal.com,
           scarter@smclegal.com
          Richard D. Shinbaum    on behalf of Joint Debtor Kay D Cooper rshinbaum@smclegal.com,
           scarter@smclegal.com
                                                                                           TOTAL: 6
```